IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MANASSE NGENDAHIMANA,                     )
                                          )
                Petitioner,               )
                                          )
        v.                                )
                                          )        1:26-cv-207 (AJT-IDD)
TODD LYONS, *et al.*,                     )
                                          )
                Respondents.              )

**ORDER**

Before the Court is Petitioner Manasse Ngendahimana's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 alleging that he is being unlawfully detained at the Farmville Detention Center under 8 U.S.C. § 1225(b)(2), [Doc. No. 1]. In its opposition, Respondents concede that Petitioner is eligible for consideration for bond under § 1226(a), [Doc. No. 4], in light of which the Petition is **GRANTED**, and it is hereby

**ORDERED** that Respondents provide Petitioner with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and it is further

**ORDERED** that if Petitioner is granted bond by an Immigration Judge, Respondents are ENJOINED from denying bond to Petitioner, or from invoking the automatic stay provision pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

**ORDERED** that Respondents file a status report with this Court within three days of the bond hearing, stating whether Petitioner has been granted bond and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate the case.

Alexandria, Virginia
February 27, 2026

Anthony J. Trenga
Senior United States District Judge